**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1022**

———————

JERRY A. CHANDLER,

Plaintiff - Appellant,

versus

MICHAEL H. HOLLAND, Trustee of the 1974
Pension Plan United Mine Workers of America;
MARTY HUDSON, Trustee of the 1974 Pension Plan
United Mine Workers of America; B. V. HYLER,
Trustee of the 1974 Pension Plan United Mine
Workers of America; JOSEPH BRENMAN, Trustee of
the 1974 Pension Plan United Mine Workers of
America,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Big Stone Gap.  James P. Jones, District
Judge.  (CA-00-142-2)

———————

Submitted:  February 12, 2002          Decided:  April 17, 2002

———————

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jerry A. Chandler, Appellant Pro Se.  Jerry Mims, UMWA HEALTH &
RETIREMENT FUNDS, Washington, D.C.; Charlie Richard Jessee, JESSEE
& READ, P.C., Abingdon, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry A. Chandler appeals the district court's judgment granting summary judgment to the Trustees of the United Mine Workers of America 1974 Pension Plan on his claims for disability pension benefits under the provisions of the Plan. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Chandler v. Holland, No. CA-00-142-2 (W.D. Va. Dec. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED